# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                )
)
City of Cheyenne, Wyoming,      )    ASBCA No. 59877
  Board of Public Utilities       )
)
Under Contract No. F48608-93-D-0159    )

APPEARANCES FOR THE APPELLANT:      Joseph L. Fuller, Esq.
  Kutak Rock LLP
  Washington, DC

  John H. Ridge, Esq.
  City Attorney's Office
  Cheyenne, WY

APPEARANCES FOR THE GOVERNMENT:      Lt Col James H. Kennedy III, USAF
  Air Force Chief Trial Attorney
  Christopher S. Cole, Esq.
  Maj Robert P. Watkins IV, USAFR
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59877, Appeal of City of Cheyenne, Wyoming, Board of Public Utilities, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals